THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT CROCKETT, JEFF CLOUTIER, ROBERT W. KIRK, and LEVI FIGUEROA individually and on behalf of all those similarly situated,

Plaintiffs,

v.

THE BOEING COMPANY, a Delaware corporation,

Defendant.

Case No. 3:25-cv-06073-BHS

**STIPULATED MOTION AND ORDER TO CONSOLIDATE RELATED CASES FOR CASE MANAGEMENT PURPOSES, TO SET BRIEFING SCHEDULES FOR ADDITIONAL MOTIONS, AND TO STAY**

NOTE ON MOTION CALENDAR:
May 14, 2026

Plaintiffs Robert Crockett, Jeff Cloutier, Robert W. Kirk, and Levi Figueroa ("Plaintiffs"), and The Boeing Company, ("Boeing") (collectively, the "Parties"), by and through their undersigned attorneys, STIPULATE AND AGREE that this case should be consolidated, for case management purposes, under Federal Rule of Civil Procedure 42(a)(2), with a related case before the Court, *Lara-Trespalacios v. The Boeing Company*, Case No. 2:26-cv-01135-BHS. Further, the Parties STIPULATE AND AGREE to briefing schedules for certain additional motions, as set forth below. Finally, the Parties STIPULATE AND AGREE to stay all other proceedings in this

STIPULATED MOTION AND ORDER TO CONSOLIDATE RELATED CASES FOR CASE MANAGEMENT PURPOSES, TO SET BRIEFING SCHEDULES FOR ADDITIONAL MOTIONS, AND TO STAY - 1
(Case No. 3:25-cv-06073-BHS)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

case until the resolution of the motions addressed in this stipulation.[1]  The Parties stipulate as follows:

## RELEVANT PROCEDURAL BACKGROUND

**A.     The *Crockett* and *Figueroa* Cases.**

1.     On December 1, 2025, Boeing removed this case to this Court.  ECF No. 1.  The Court assigned this case to the Honorable Judge Settle.  *See* Dec. 8, 2025, Docket Entry.

2.     On January 12, 2026, Boeing filed a Motion to Dismiss Plaintiffs' original Class Action Complaint for Damages. ECF No. 17.

3.     Thereafter, the Parties conferred and agreed that Plaintiffs would amend the Complaint in lieu of filing an opposition to the Motion to Dismiss.

4.     On February 12, 2026, Plaintiffs filed their First Amended Class Action Complaint for Damages.  ECF No. 20.

5.     On February 13, 2026, Boeing removed a related case, *Figueroa v. The Boeing Company*, to this Court.  *See* Case No. 2:26-cv-00539-BHS, ECF No. 1; *see also id.* ECF No 5 (Notice of Related Case).  The Court assigned *Figueroa* to the Honorable Judge Settle.  *See id.*, March 2, 2026, Docket Entry.

6.     Thereafter, on  March 30, 2026, Plaintiffs filed the Second Amended Complaint in this case, which added Levi Figueroa as a named Plaintiff, as well as his claims from *Figueroa*. *See* ECF No. 26.  Then, the Plaintiff in *Figueroa* stipulated to voluntary dismissal of that case. *See* Case No. 2:26-cv-00539-BHS, ECF No. 20.

**B.     The *Lara-Trespalacios* Case.**

7.     On April 3, 2026, Boeing removed another related case, *Lara-Trespalacios v. The Boeing Company*, to this Court.  *See* Case No. 2:26-cv-01135-BHS, ECF No. 1; *see also id.* ECF

---

[1] The parties in *Lara-Trespalacios* are negotiating a substantively identical Stipulated Motion.  If the parties in *Lara-Trespalacios* are unable to reach agreement via stipulation, Boeing intends to move the Court in that matter for the same relief and schedule proposed in this stipulated motion.

STIPULATED MOTION AND ORDER TO
CONSOLIDATE RELATED CASES FOR CASE
MANAGEMENT PURPOSES, TO SET BRIEFING
SCHEDULES FOR ADDITIONAL MOTIONS, AND TO
STAY - 2
(Case No. 3:25-cv-06073-BHS)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

No. 5 (Notice of Related Case).  On April 8, 2026, the Court assigned *Lara-Trespalacios* to the Honorable Judge Settle.  *See id.,* ECF No. 8.

**C.    Conferrals on Consolidation of *Crockett* and *Lara-Trespalacios*.**

8.    Immediately after the assignment of *Lara-Trespalacios* to the Honorable Judge Settle, counsel for Boeing initiated conferrals with counsel for the Plaintiffs in *Crockett* and counsel for the plaintiff in *Lara-Trespalacios* regarding consolidation of those cases and related procedural matters.

9.    From April 10 to 30, 2026, counsel in both matters held a series of videoconference calls.  Through those conferrals, the Parties here and the parties in *Lara-Trespalacios* all agreed that this case and *Lara-Trespalacios* should be consolidated, for purposes of case management, pursuant to Federal Rule of Civil Procedure 42(a)(2), as the two cases involve "common question[s] of law or fact" and bring similar claims on behalf of overlapping putative classes.

10.    Moreover, all parties agreed that, following consolidation, judicial economy would be best served by briefing certain threshold issues and otherwise staying the consolidated cases.  Specifically, all parties agreed that the consolidated actions would benefit from the Court first deciding the anticipated motions for appointment of interim class counsel, as that would make the management of the putative class claims significantly more efficient going forward.  After that, the consolidated actions would benefit from further conferral between the Parties on pleadings issues, including a deadline for Boeing's anticipated motion(s) to dismiss the operative complaint(s).

11.    Therefore, the Parties agree and stipulate that:

a.    This case should be CONSOLIDATED, for purposes of case management (the *Crockett* and *Lara-Trespalacios* counsel have no agreement to join their respective cases) with *Lara-Trespalacios v. The Boeing Company*, Case No. 2:26-cv-01135-BHS, pursuant to Federal Rule of Civil Procedure 42(a)(2).

STIPULATED MOTION AND ORDER TO
CONSOLIDATE RELATED CASES FOR CASE
MANAGEMENT PURPOSES, TO SET BRIEFING
SCHEDULES FOR ADDITIONAL MOTIONS, AND TO
STAY - 3
(Case No. 3:25-cv-06073-BHS)

b. No later than May 29, 2026, motions for appointment of interim class counsel pursuant Federal Rule of Civil Procedure 23(g)(3) must be filed.

c. Within 28 days of the Court's decision on all motions for appointment of interim class counsel, any motion for joinder must be filed.

d. Within 28 days of the Court's decision on all motions for joinder, or within 28 days after the deadline to file a motion for joinder of parties if no such motion is filed, Boeing must file its responsive pleading(s), including any anticipated motion(s) to dismiss the operative complaint(s) in the consolidated actions.

e. Except for the briefing regarding the above motions, the consolidated actions should be STAYED, including any further briefing or decision on the *Crockett* Plaintiffs' Motion for Conditional Certification (ECF No. 32), until the Court decides the motion(s) to dismiss, or until the day after the deadline to file a motion(s) to dismiss if no such motion is filed.

f. Per the Court's May 4, 2026, Minute Order (ECF No. 37), the *Crockett* Plaintiffs' motion for conditional FLSA certification (ECF No. 32) is re-noted for 30 days following the Court's order on Boeing's motion to dismiss the *Crockett* complaint, or 30 days after Boeing's deadline to file a motion to dismiss the *Crockett* complaint, if none is filed.

g. Within 28 days of the Court's decision(s) on the motion(s) to dismiss, or within 28 days after the deadline to file a motion to dismiss if no such motion is filed, the parties in the consolidated actions must confer and file reports pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 26 with their proposed plans for discovery and deadlines for expert disclosures, motion(s) for class certification, dispositive motions, and any other relevant deadlines.

This request is made in good faith and not for purposes of delay. This stipulation and

STIPULATED MOTION AND ORDER TO
CONSOLIDATE RELATED CASES FOR CASE
MANAGEMENT PURPOSES, TO SET BRIEFING
SCHEDULES FOR ADDITIONAL MOTIONS, AND TO
STAY - 4
(Case No. 3:25-cv-06073-BHS)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

proposed order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim, or objection.

SO STIPULATED this 14th day of May, 2026.

**ENTENTE LAW PLLC**

By: *s/ James B. Pizl*
James B. Pizl, WSBA #28969
Daniel J. Teimouri, WSBA #47965
Erica L. Molina, WSBA #57363
315 Thirty-Ninth Ave SW, Ste 13
Puyallup, WA 98373-3690
Phone: (253) 446-7668
Email:  jim@ententelaw.com
          dteimouri@ententelaw.com
          erica@ententelaw.com

*Counsel for Plaintiffs*
*Robert Crockett, Jeff Cloutier, Robert W. Kirk*

**CROSNER LEGAL, P.C.**

By: *s/ Jamie K. Serb*
Jamie K. Serb, WSBA #62065
Matthew E. Crawford, WSBA #65147
Zachary M. Crosner, WSBA #61644
92 Lenora Street, #179
Seattle, WA 98121
Phone: (866) 276-7637
Email:  jamie@crosnerlegal.com
          mcrawford@crosnerlegal.com
          zach@crosnerlegal.com

*Counsel for Plaintiff*
*Levi Figueroa*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Andrea Delgadillo Ostrovsky*
Andrea Delgadillo Ostrovsky, WSBA #37749
T. Ray Ivey, WSBA #55683
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email:  andrea.ostrovsky@morganlewis.com
          ray.ivey@morganlewis.com

Lincoln O. Bisbee, *pro hac vice*
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6000
Email: lincoln.bisbee@morganlewis.com

Kevin F. Gaffney, *pro hac vice*
110 N. Wacker Drive
Chicago, IL 60606
Phone: (312) 324-1138
Email: kevin.gaffney@morganlewis.com

*Counsel for Defendant*

STIPULATED MOTION AND ORDER TO
CONSOLIDATE RELATED CASES FOR CASE
MANAGEMENT PURPOSES, TO SET BRIEFING
SCHEDULES FOR ADDITIONAL MOTIONS, AND TO
STAY - 5
(Case No. 3:25-cv-06073-BHS)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

# ORDER

Having considered the Parties' stipulation and any forthcoming stipulation or motion on consolidation and case management filed in *Lara-Trespalacios v. The Boeing Company*, Case No. 2:26-cv-01135-BHS, the Court ORDERS as follows:

- *Crockett et al. v. The Boeing Company*, Case No. 3:25-cv-06073-BHS and *Lara-Trespalacios v. The Boeing Company*, Case No. 2:26-cv-01135-BHS are hereby CONSOLIDATED, for purposes of case management.

- Plaintiffs' counsel for *Crockett* and counsel for *Lara-Trespalacios* must file motions for appointment of interim class counsel no later than May 29, 2026.

- Within 28 days of the Court's decision on all motions for appointment of interim class counsel, any motion for joinder of the two matters must be filed.

- Within 28 days of the Court's decision on all motions for joinder, or within 28 days after the deadline to file a motion for joinder of parties if no such motion is filed, Boeing must file its responsive pleading(s), including any anticipated motion(s) to dismiss the operative complaint(s) in the consolidated actions.

h. Except for the briefing regarding the above motions, the consolidated actions are hereby STAYED, including any further briefing or decision on the *Crockett* Plaintiffs' Motion for Conditional Certification (ECF No. 32), until the Court decides the motion(s) to dismiss, or until the day after the deadline to file a motion(s) to dismiss if no such motion is filed.

i. Per the Court's May 4, 2026, Minute Order (ECF No. 37), the *Crockett* Plaintiffs' motion for conditional FLSA certification (ECF No. 32) is re-noted for 30 days following the Court's order on Boeing's motion to dismiss the *Crockett* complaint, or 30 days after Boeing's deadline to file a motion to dismiss the *Crockett* complaint, if none is filed.

STIPULATED MOTION AND ORDER TO
CONSOLIDATE RELATED CASES FOR CASE
MANAGEMENT PURPOSES, TO SET BRIEFING
SCHEDULES FOR ADDITIONAL MOTIONS, AND TO
STAY - 6
(Case No. 3:25-cv-06073-BHS)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

j.   Within 28 days of the Court's decision(s) on the motion(s) to dismiss, or within 28 days after the deadline to file a motion to dismiss if no such motion is filed, the parties in the consolidated actions must confer and file reports pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 26 with their proposed plans for discovery and deadlines for expert disclosures, motion(s) for class certification, dispositive motions, and any other relevant deadlines.

Dated this 15th of May, 2026

BENJAMIN H. SETTLE
United States District Judge

*Presented By:*

**ENTENTE LAW PLLC**

By: *s/ James B. Pizl*
James B. Pizl, WSBA #28969
Daniel J. Teimouri, WSBA #47965
Erica L. Molina, WSBA #57363
315 Thirty-Ninth Ave SW, Ste 13
Puyallup, WA 98373-3690
Phone: (253) 446-7668
Email: jim@ententelaw.com
        dteimouri@ententelaw.com
        erica@ententelaw.com

*Counsel for Plaintiffs*
*Robert Crockett, Jeff Cloutier, Robert W. Kirk*

**CROSNER LEGAL, P.C.**

By: *s/ Jamie K. Serb*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Andrea Delgadillo Ostrovsky*
Andrea Delgadillo Ostrovsky, WSBA #37749
T. Ray Ivey, WSBA #55683
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: andrea.ostrovsky@morganlewis.com
        ray.ivey@morganlewis.com

Lincoln O. Bisbee, *pro hac vice*
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6000
Email: lincoln.bisbee@morganlewis.com

Kevin F. Gaffney, *pro hac vice*
110 N. Wacker Drive

STIPULATED MOTION AND ORDER TO
CONSOLIDATE RELATED CASES FOR CASE
MANAGEMENT PURPOSES, TO SET BRIEFING
SCHEDULES FOR ADDITIONAL MOTIONS, AND TO
STAY - 7
(Case No. 3:25-cv-06073-BHS)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

Jamie K. Serb, WSBA #62065
Victoria Ainsworth, WSBA #49677
Zachary M. Crosner, WSBA #61644
92 Lenora Street, #179
Seattle, WA 98121
Phone: (866) 276-7637
Email:  jamie@crosnerlegal.com
        tainsworth@crosnerlegal.com
        zach@crosnerlegal.com

*Attorneys for Plaintiff Levi Figueroa*

Chicago, IL 60606
Phone: (312) 324-1138
Email: kevin.gaffney@morganlewis.com

*Counsel for Defendant*

STIPULATED MOTION AND ORDER TO
CONSOLIDATE RELATED CASES FOR CASE
MANAGEMENT PURPOSES, TO SET BRIEFING
SCHEDULES FOR ADDITIONAL MOTIONS, AND TO
STAY - 8
(Case No. 3:25-cv-06073-BHS)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401